IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DAPHNE ANN DILTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 1:17-cv-00065 |
| | ) JURY DEMAND |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

**AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in controversy have been compromised and settled.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that this matter is hereby dismissed with prejudice.

IT IS SO **ORDERED**.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:


s/ Maria T. de Quesada
G. Andrew Rowlett, No. 16277
Maria T. de Quesada, No. 24389
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorneys for Defendant


s/ C. Tim Tisher (with express permission by M. de Quesada)
C. Tim Tisher, No. 011160
Tisher, Free & Lyn, PLLC
809 S. Main Street, Suite 200
Columbia, TN 38401
(931) 398-5070
Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Court, and should therefore be sent via the Court's electronic filing system to:

C. Tim Tisher
Tisher, Free & Lyn, PLLC
809 S. Main Street, Suite 200
Columbia, TN 38401

on this the 14TH day of August, 2017.


s/ Maria T. de Quesada


W:\MTQ\MTQ\Diltz, Daphne\Settlement\Agreed order dismissal.08.07.17.wpd